## CONTRIBUTORY NEGLIGENCE.

Circuit Court of Hamilton County.

THE C., L. & N. RAILWAY COMPANY ET AL v. ANTHONY J. BOKEN-
KOTTER, ADMINISTRATOR.

Decided, June 29, 1907.

*Negligence—In Crossing a Railway Track without Looking—Error in
not Directing a Verdict.*

Where one who is familiar with the location of railway tracks attempts
to cross without looking for an approaching train, which might have
been seen two thousand feet away, and is struck by it, he is guilty
of contributory negligence, and it is error to refuse to direct the
jury to return a verdict for the company.

SMITH, J.; SWING, P. J., and GIFFEN, J., concur.

There is error in the record of the trial below in that the court
overruled the motions of the plaintiffs in error at the close of the
testimony offered by the defendant in error to direct the jury to
return a verdict in their behalf.

The testimony clearly shows the deceased to have been guilty
of contributory negligence. He was employed as station agent
at Hopkins avenue station. He crossed the south-bound track
to the north-bound track, and in attempting to return did not
look to see or pay any attention as to whether a train was ap-
proaching; and yet the track was straight for two thousand feet
in the direction from which the train approached, and it could
have been easily discerned.

Judgment reversed.

*Wm. W. Ramsey,* for the railroad company.

*E. M. Ballard,* contra.